IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 16-5839 |
| v. | : | |
| | : | |
| ANITA C. CICCONE, | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this _2nd_ day of January, 2017, it is **ORDERED** that Plaintiff's Motion for Service by Posting Property and Certified Mail (ECF No. 2) is **DENIED**.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:            Copies **MAILED** on _____ to:

1